# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Bernal v. C.R. Bard, Inc., et al.*
**Case No. 2:24-cv-37**

## ORDER

Plaintiff's counsel has indicated that this case was intended to be filed in a different court. This case is therefore dismissed as filed in error. The Clerk is directed to refund the filing fee paid by Plaintiff's counsel.

**IT IS SO ORDERED.**

**1/5/2024**          s/Edmund A. Sargus, Jr.
**DATE**              **EDMUND A. SARGUS, JR.**
                      **UNITED STATES DISTRICT JUDGE**